UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ROGER SAPPINGTON, et al.                                           PLAINTIFFS

VS.                                              CIVIL NO.1:06CV249-JAD

STYLE-LINE FURNITURE                                                DEFENDANT

## FINAL JUDGMENT

In accordance with the memorandum opinion of this date, the defendant's motion for summary judgment is granted. The plaintiffs' complaint is dismissed with prejudice. Costs are taxed to the plaintiffs.

SO ORDERED this the 8th day of November, 2007.

/s/ JERRY A. DAVIS
UNITED STATES MAGISTRATE JUDGE